IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CR-087-RJC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| TIMOTHY HERRON, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "United States' Motion To File A Corrected Response" (Document No. 65) filed June 5, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "United States' Motion To File A Corrected Response" (Document No. 65) is **GRANTED**. The Government may file an Amended Response in opposition to Document No. 59.

**SO ORDERED**.

Signed: June 5, 2024

David C. Keesler
United States Magistrate Judge